**No. 10-10699. Fred Ray, Jr., Petitioner v. United States.**

564 U.S. 1033, 131 S. Ct. 3080, 180 L. Ed. 2d 883, 2011 U.S. LEXIS 4822.

June 27, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8.

**No. 10M115. David C. Corson, Petitioner v. Paul A. Mattox, Jr., Secretary, West Virginia Department of Transportation, et al.**

564 U.S. 1034, 131 S. Ct. 3082, 180 L. Ed. 2d 883, 2011 U.S. LEXIS 4898.

June 27, 2011. Motion for leave to proceed as a seaman denied.

**No. 10M116. Fabian Verdugo, Petitioner v. United States.**

564 U.S. 1034, 131 S. Ct. 3082, 180 L. Ed. 2d 883, 2011 U.S. LEXIS 4950.

June 27, 2011. Motion for leave to file a petition for a writ of certiorari under seal granted.

**No. 10M117. Paul F. Savich, Petitioner v. Karmen Domres.**

564 U.S. 1035, 131 S. Ct. 3082, 180 L. Ed. 2d 883, 2011 U.S. LEXIS 4884.

June 27, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M118. Chanikka Davis Payne, Petitioner v. Brian Fischer, Commissioner, New York Department of Correctional Services, et al.**

564 U.S. 1035, 131 S. Ct. 3082, 180 L. Ed. 2d 883, 2011 U.S. LEXIS 4830.

June 27, 2011. Motion to direct the Clerk to file petition for a writ of certiorari out of time denied.

**No. 10-768. Aftermath Records, dba Aftermath Entertainment, et al., Petitioners v. F.B.T. Productions, LLC, et al.**

564 U.S. 1035, 131 S. Ct. 3083, 180 L. Ed. 2d 883, 2011 U.S. LEXIS 4970.

June 27, 2011. Motion of respondents for attorneys' fees and expenses denied.

**No. 10-10177. William H. Jones, Jr., Petitioner v. Merck & Company, Inc.**

564 U.S. 1035, 131 S. Ct. 3083, 180 L. Ed. 2d 883, 2011 U.S. LEXIS 4855.

June 27, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until July 18, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-10485. Robert R. Matthews, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

564 U.S. 1035, 131 S. Ct. 3083, 180 L. Ed. 2d 883, 2011 U.S. LEXIS 4983.

June 27, 2011. Motion of petitioner for leave to proceed in forma pauperis denied.

Petitioner is allowed until July 18, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-224. National Meat Association, Petitioner v. Kamala D. Harris, Attorney General of California, et al.**

564 U.S. 1036, 131 S. Ct. 3083, 180 L. Ed. 2d 884, 2011 U.S. LEXIS 4961.

June 27, 2011. Motion of American Association of Swine Veterinarians, et al. for leave to file a brief as amici curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 599 F.3d 1093.

**No. 10-704. Curt Messerschmidt, et al., Petitioners v. Augusta Millender, et al.**

564 U.S. 1035, 131 S. Ct. 3057, 180 L. Ed. 2d 884, 2011 U.S. LEXIS 4852.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 620 F.3d 1016.

**No. 10-844. Caraco Pharmaceutical Laboratories, Ltd., et al., Petitioners v. Novo Nordisk A/S, et al.**

564 U.S. 1035, 131 S. Ct. 3057, 180 L. Ed. 2d 884, 2011 U.S. LEXIS 4901.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit granted.

Same case below, 601 F.3d 1359.

**No. 10-1016. Daniel Coleman, Petitioner v. Court of Appeals of Maryland, et al.**

564 U.S. 1035, 131 S. Ct. 3059, 180 L. Ed. 2d 884, 2011 U.S. LEXIS 4972.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit granted.

Same case below, 626 F.3d 187.

**No. 10-1121. Dianne Knox, et al., Petitioners v. Service Employees International Union, Local 1000.**

564 U.S. 1035, 131 S. Ct. 3061, 180 L. Ed. 2d 884, 2011 U.S. LEXIS 4827.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 628 F.3d 1115.

**No. 10-1195. Marcus D. Mims, Petitioner v. Arrow Financial Services, LLC.**

564 U.S. 1036, 131 S. Ct. 3063, 180 L. Ed. 2d 884, 2011 U.S. LEXIS 4882.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit granted.

Same case below, 421 Fed. Appx. 920.